United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE PAPIR, A/S, a Danish Corporation, | No. C 05-01194 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| DAVID MOSTNY, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. / | |
| AND COUNTERCLAIM. / | |

    Upon review, this action appears to concern the same parties, transactions and events as *Mostny v. Winnie Papir*, Case No. C 03-0509 MEJ. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Magistrate Judge Maria Elena James for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: June 16, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE