IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOSTNY, dba Eurowrap Ltd..,<br><br>        Plaintiff,<br><br>  vs.<br><br>WINNIE PAPIR,<br><br>        Defendant.<br>_____/ | No. C 03-0509 (MEJ)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

      The Court is in receipt of the Ninth Circuit's decision dated December 13, 2005. Based on the Ninth Circuit's decision, the Court hereby sets the matter for a Case Management Conference on Thursday, March 2, 2006, at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

      IT IS FURTHER ORDERED that Counsel shall meet and confer prior to the Case Management Conference, and file, no later than seven days before the Case Management Conference, a Joint Case Management Conference Statement in compliance with Civil L.R. 16-9 addressing the information contained in the Joint Case Management Statement and [proposed] Case Management form found on the Court's website under Judge James' Standing Orders. In addition, the parties must be prepared to knowledgeably discuss with the Court any of the other subjects listed

in  Fed. R. Civ. P. 16 or in Civil L.R. 16-10.

**IT IS SO ORDERED.**

Dated: December 15, 2005

MARIA-ELENA JAMES
United States Magistrate Judge