```
COLIN L. PEARCE (SB# 137252)
MATTHEW K. KLISZEWSKI (SB# 218832)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.371.2200
Facsimile: 415.371-2201

Attorneys for Defendant
WINNIE PAPIR A/S
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOSTNY, dba Eurowrap, Ltd.,<br><br>    Plaintiff,<br><br>    v.<br><br>WINNIE PAPIR,<br><br>    Defendant. | Case No.: C-03-0509 (MEJ)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO TAKE CONFERENCE OFF CALENDAR** ; AND ORDER THEREON<br><br>Date: ~~March 2, 2006~~ April 20, 2006<br>Time: 10:00 a.m.<br>Ctrm: B<br>Judge: Hon. Magistrate Judge<br>         Maria-Elena James |

Counsel for defendant Winnie Papir ("Winnie Papir") and counsel for plaintiff David Mostny, dba Eurowrap Ltd. ("Mostny"), submit this Joint Case Management Conference Statement to jointly request that the Court take the March 2, 2006 Case Management Conference off calendar because they are in the process of entering into a stipulation to dismiss this action, without prejudice, and therefore there is no need for a Case Management Conference at this time.

Counsel for Winnie Papir and counsel for Mostny file this joint statement and request based on the following facts and circumstances:

1. On December 13, 2005, the Ninth Circuit Court of Appeal issued a Memorandum Opinion remanding this action back to the District Court for further proceedings. This Court thereafter scheduled a Case Management Conference for the action on March 2, 2006.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                                    CASE NO.: C-03-0509 (MEJ)

2. While the appeal of this action was pending before the Ninth Circuit, Winnie Papir filed a separate action in the United States District Court for the Northern District of California (United States District Court Case No. C-05-1194 MJJ) against Mostny. Mostny has filed a cross-complaint against Winnie Papir in that action.

3. On June 20, 2005, the Honorable William Alsup issued an order staying the second action between Winnie Papir and Mostny based, in part, on a prior action between the same parties pending before the Maritime and Commercial Court of Copenhagen (Case No. H-0046-03) in the country of Denmark. The Court issued the stay because the parties represented that the action pending in Denmark might resolve some or all the claims asserted by the parties.

4. The action in Denmark proceeded to trial on August 30, 2005, and the Court issued a judgment in the action on October 27, 2005. Mostny, however, has appealed the decision, and the decision is therefore not yet final.

5. The second action between these parties is currently pending before the Honorable Martin Jenkins. At a February 21, 2006 Case Management Conference, counsel for Winnie Papir indicated that the Court should continue the stay of the action, pending the resolution of the appeal of the Danish action. Counsel for Mostny indicated he intended to move to dismiss Winnie Papir's complaint based upon issue preclusion, res judicata or collateral estoppel. In response, Judge Jenkins indicated that the parties should, if they were not prepared to prosecute the action, enter into a stipulation to dismiss the action, without prejudice, while preserving all rights to refile the action after the final resolution of the Danish action.

6. Winnie Papir had intended to seek a similar stay of the present action, based on the pending action in Denmark. At the Case Management Conference, Judge Jenkins indicated that the stipulation for dismissal should therefore include the present action, as well as the second action.

7. Counsel for Winnie Papir expects to prepare and file a stipulation for dismissal, without prejudice, of the present action, as well as the action pending before Judge Jenkins, by March 3, 2006.

Based on the above, counsel for Winnie Papir and counsel for Mostny respectfully request that this Court take the March 2, 2006 Case Management Conference off calendar.

Dated: 3/1, 2006

DUANE MORRIS LLP

By: _____
Colin L. Pearce
Attorneys for Defendant WINNIE PAPIR

Dated: 3/1, 2006

FOREMAN & BRASSO

By: _____
Ronald D. Foreman
Attorneys for Plaintiff DAVID MOSTNY, dba EuroWrap, Ltd.

DM2\579690.1

Based upon the parties joint statement, the CMC is hereby taken off calendar and rescheduled for Thursday, April 20, 2006 at 10:00 a.m. If, however, the parties submit a motion to dismiss as indicated in the joint statement, the CMC will be taken off calendar.

IT IS SO ORDERED.

Dated: March 1, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge