COLIN L. PEARCE (SB# 137252)
MATTHEW K. KLISZEWSKI (SB# 218832)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.371.2200
Facsimile: 415.371-2201

Attorneys for Defendant
WINNIE PAPIR A/S

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MOSTNY, dba Eurowrap, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> WINNIE PAPIR, <br><br> Defendant. | Case No.: C-03-0509 (MEJ) <br><br> STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; ORDER THEREON; ORDER CLOSING FILE |

Counsel for defendant Winnie Papir ("Winnie Papir") and counsel for plaintiff David Mostny, dba Eurowrap Ltd. ("Mostny"), hereby stipulate to dismiss the above-referenced action and all claims asserted therein, without prejudice, pursuant to the terms and conditions set forth herein, and with reference to the following facts:

1. On February 4, 2003, Mostny filed this action in the United States District Court for the Northern District of California.

2. On December 10, 2003, this Court granted Winnie Papir's motion to dismiss this action. Mostny thereafter appealed the order of dismissal to the United States Court of Appeals for the Ninth Circuit.

3. On December 13, 2005, the Ninth Circuit Court of Appeals issued a Memorandum Opinion remanding this action back to this District Court for further proceedings.

1   4.   After the filing of this action, the parties instituted a separate action before the
2   Maritime and Commercial Court of Copenhagen (Case No. H-0046-03) in the country of Denmark.
3   5.   The action in Denmark proceeded to trial on August 30, 2005, and the Court issued a
4   judgment in the action on October 27, 2005. Mostny, however, has appealed the decision, and the
5   decision is not yet final.
6   6.   Based on the potential conclusive effect of the final decision in the action pending in
7   Denmark, Winnie Papir and Mostny hereby agree to dismiss all claims in the above-referenced
8   action, without prejudice.
9   7.   Winnie Papir and Mostny specifically reserve the right to refile each and every claim,
10  cause of action, complaint or cross-complaint in the above-referenced action, following the final
11  resolution of the action in Denmark.
12  8.   Winnie Papir and Mostny hereby agree to toll any statutes of limitation that may
13  apply to the above-referenced claims and causes of action, or defenses thereto, as of the date of this
14  stipulation, and to stay and toll any other time related defenses, including, but not limited to, laches,
15  waiver or estoppel, with respect to any legal or equitable claims asserted in this action. Specifically,
16  no period from the date of this stipulation through the refiling of any claim or cause of action
17  previously asserted in this action shall be included and computed in the date on which any applicable
18  statutes of limitation, laches, waiver, estoppel or any other defense based on the timeliness of
19  bringing a cause of action, or defenses thereto, begins to run again with regard to the refiled claims,
20  such that the period between the date of this stipulation and the refiling of a claim will be deemed
21  not to have existed for purposes of asserting any of the aforementioned defenses.
22  9.   This stipulation, and the agreement to dismiss the claims herein without prejudice,
23  does not, and is not intended to, affect, alter or impair in any manner the rights, claims, counter-
24  claims, defenses, interests, duties, obligations and causes of action of the parties hereto, and this
25  stipulation and the dismissal without prejudice will not and shall not act as a settlement, release,
26  satisfaction, or compromise of any rights or interests of the parties.
27  10.  If either party refiles any of the claims or causes of action in this matter in the United
28  States District Court for the Northern District of California, they shall indicate that the above-

1 | referenced action, as well as a later action between these parties (United States District Court Case
2 | No. 05-1194), are "related" cases.

Dated: March 3, 2006

FOREMAN & BRASSO

By: /s/ Ron Foreman
Ronald D. Foreman
Attorneys for Plaintiff DAVID MOSTNY, dba Eurowrap, Ltd.

DUANE MORRIS LLP

Dated: March 3, 2006

By: /s/ Colin L. Pearce
Colin L. Pearce
Attorneys for Defendant WINNIE PAPIR

The Clerk of Court shall close the file.

**ORDER**

Having read and reviewed the foregoing stipulation,

**IT IS HEREBY ORDERED.**

Dated: March 6, 2006

/s/ Maria-Elena James
Honorable Maria-Elena James
United States Magistrate Judge
United States District Court
Northern District of California

DM2\662308.1